THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BURTON JEFFREY HUNTER, Appellant.

Submitted September 24, 2007; decided October 18, 2007

Reported below, 41 AD3d 885.

Motion to vacate this Court's August 31, 2007 dismissal order granted [*see* 9 NY3d 871].

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LANCE DANIEL JENKINS, Appellant.

Submitted October 9, 2007; decided October 18, 2007

Reported below, 40 AD3d 1308.

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 denied as unnecessary and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY WARE, Appellant.

Submitted October 15, 2007; decided October 18, 2007

Reported below, 36 AD3d 838.

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.